No. 20-3289
IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| NICKOLAS K. MERIWETHER | : | United States District Court |
| Plaintiffs-Appellant | : | for the Southern District of Ohio |
| | : | Western Division |
| v. | : | |
| | : | District Court Case No. |
| | : | 1:18-cv-00753 |
| THE TRUSTEES OF SHAWNEE | : | |
| STATE UNIVERSITY ET AL., | : | |
| Defendants-Appellants | : | |
| | : | |
| | : | |
| | : | |

## MOTION TO WITHDRAW ATTORNEY JENNIFER L. BRANCH

| | |
|---|---|
| Alphonse A. Gerhardstein (0032053)<br>*Counsel for Intervenors-Appellees*<br>Friedman, Gilbert+Gerhardstein<br>441 Vine Street, Suite 3400<br>Cincinnati, Ohio 45202<br>Tel: (513) 621-9100<br>Fax: (513) 345-5543<br>al@FGGfirm.com | /s/ Jennifer L. Branch<br>Jennifer L. Branch # 0038893<br>*Counsel for Intervenors-Appellees*<br>441 Vine Street, Suite 3400<br>Cincinnati, OH 45202<br>(513) 621-9100<br>(513) 345-5543 (fax)<br>jbranch@gbfirm.com |

Jennifer L. Branch moves to withdrawal as counsel for the Intervenors-Appellees Jane Doe, and Sexuality and Gender Acceptance in this action. Jennifer L. Branch will leave the practice of law in January 2021 as she transitions to being sworn in as a Hamilton County Common Pleas Court Judge on or before February 9, 2021. As a result, she moves to withdraw as attorney for Intervenors-Appellees and as Trial Attorney for Intervenors-Appellees because she will no longer be permitted to serve as counsel for Intervenors-Appellees.

Adam Unikowsky of Jenner & Block LLP remains as Lead Attorney for Appellee Intervenors.

Respectfully Submitted,

/s/ Jennifer L. Branch
Jennifer L. Branch # 0038893
441 Vine Street, Suite 3400
Cincinnati, OH 45202
(513) 621-9100
(513) 345-5543 (fax)
jbranch@gbfirm.com

*Counsel for Intervenors-Appellees*

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Jennifer L. Branch
Attorney for Intervenors-Appellees